LOUIS HUTTER, Respondent, *v.* WILLIAM J. RODENBACH, Appellant, Impleaded with Another.

(Submitted October 2, 1933: decided October 10, 1933.)

*Harry A. Schwartz* for motion.
*Charles Eno* opposed.
Motion denied, with ten dollars costs.